# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

| PLAINTIFF: | DEFENDANT: |
|---|---|
| | |

**IN THE MATTER OF:**
Application of Makhpal Karibzhanova for Judicial Assistance Pursuant to 28 U.S.C. § 1782

**CAUSE OF ACTION:**
Ex parte petition for judicial assistance pursuant to 28 U.S.C. § 1782

**RELIEF SOUGHT:**
Order directing discovery in aid of foreign proceedings

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| John W. Moscow<br>Lewis Baach Kaufmann Middlemiss PLLC<br>405 Lexington Avenue, 64th Floor<br>New York, NY 10174<br>(212) 826-7001 | |

I am currently a member in good standing of the bar of this Court:  ✓ YES   ☐ NO

Signature of Attorney of Record: *John W Moscow*     Date: 07/13/2021