**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| |
|---|
| IN RE APPLICATION OF MAKHPAL KARIBZHANOVA FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 |

Case No. _____
ECF Case

**ORDER GRANTING JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

THIS MATTER having been brought before the Court pursuant to 28 U.S.C. § 1782 by Makhpal Karibzhanova through her attorneys Lewis Baach Kaufmann Middlemiss PLLC, and the Court having considered the Application papers, and all other submissions before it; and for good cause shown;

IT IS on this _____ day of _____, 2021,

**ORDERED** that the Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 be, and it hereby is, **GRANTED**; and it is further

**ORDERED** that John W. Moscow, Esq. of Lewis Baach Kaufmann Middlemiss PLLC is hereby appointed Commissioner of the Court with the power to issue subpoenas seeking (i) relevant testimony and documents as may be found within the jurisdiction of this Court, including testimony from bankers, accountants, and business associates; (ii) documents pertaining to companies and bank accounts associated with Aidan and his nominee owners; and (iii) correspondent banking records and records relating to securities ownership, custodianship, and transfers, and documentation and testimony relating to real estate holdings.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE