# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE APPLICATION OF MAKHPAL
KARIBZHANOVA FOR JUDICIAL
ASSISTANCE PURSUANT TO 28 U.S.C.
SECTION 1782

Case No. 1:21-MC-00442-KPF

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Mr. Aidan Karibzhanov ("Mr. Karibzhanov"), dated July 28, 2021, and exhibits attached thereto, the Declaration of Marie-Hélène Bérard (the "Bérard Dec."), dated July 30, 2021, and the Declaration of Bakhyt Tukulov (the "Tukulov Dec."), dated July 29, 2021, Mr. Karibzhanov will move this Court before the Honorable Katherine Polk Failla, at the United States Courthouse located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order (i) vacating the Court's Order dated June 15, 2021, which granted Ms. Makhpal Karibzhanova's application for judicial assistance pursuant to 28 U.S.C. § 1782 and appointed attorney John W. Moscow ("Mr. Moscow") as Commissioner, and (ii) quashing any subpoenas that have been served to date by Mr. Moscow as Commissioner.

Dated: August 2, 2021

Respectfully submitted,

MENZ BONNER KOMAR & KOENIGSBERG LLP

By: _____
Patrick D. Bonner, Jr.
John R. Menz

One North Lexington Avenue, Suite 1550
White Plains, New York 10601
Tel.: (914) 949-0222
Fax: (914) 997-4117
*Attorneys for Movant Aidan Karibzhanov*