UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF MAKHPAL KARIBZHANOVA FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:21-mc-02056-RPK |

**DECLARATION OF PATRICK D. BONNER, JR. IN SUPPORT OF
AIDAN KARIBZHANOV'S MOTION TO INTERVENE**

I, PATRICK D. BONNER, JR., hereby declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am partner at the law firm Menz Bonner Komar & Koenigsberg LLP, attorneys for Mr. Aidan Karibzhanov ("Mr. Karibzhanov"), a non-party to this proceeding and the former spouse of Ms. Makhpal Karibzhanova ("Ms. Karibzhanova"), who has filed an application for judicial assistance pursuant to 28 U.S.C. §1782 (the "Application"). I am fully familiar with all facts and circumstances set forth herein.

2. I submit this declaration in support of Mr. Karibzhanov's motion to intervene in this proceeding.

3. True and correct copies of the following documents filed in support of Mr. Karibzhanov's motion to vacate the June 15, 2021 order entered in the Southern District of New York and to quash subpoenas (the "S.D.N.Y. Motion") are attached hereto as follows:

Exhibit A:   Notice of Motion;

Exhibit B:   Memorandum of Law in Support of Aidan Karibzhanov's Motion to Vacate Court Order Granting 28 U.S.C. §1782 Application and to Quash Subpoenas;

Exhibit C:   Declaration of Aidan Karibzhanov's, with supporting Exhibits "A" through "E";

1

<ins>Exhibit D</ins>:	Declaration of Bakhyt Tukulov in Support of Motion to Vacate Court Order Granting Application for Judicial Assistance, with supporting Exhibits "A" and "B"; and

<ins>Exhibit E</ins>:	Declaration of Marie-Hélène Bérard.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2021	<ins>*s/ Patrick D. Bonner, Jr.*</ins>
	PATRICK D. BONNER, JR.

2